**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| ROSE L JACKSON, | |
| | CASE NO. 14-12410 |
| DEBTOR | JUDGE: DOYLE |

**NOTICE OF MOTION**

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
Ernesto Borges, Law Offices of Ernesto Borges, 105 W. Madison St, 23rd Floor, Chicago, IL 60602
**Notified via US Postal Service**
Rose L Jackson, 11410 S. Elizabeth, Chicago, IL 60643

    Please take notice that on the 15th day of July, 2014, at the hour of 9:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge CAROL A DOYLE in Courtroom 742 at the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion.  At that time and place you may attend if you so choose.

## **AFFIDAVIT OF SERVICE**

        The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtor at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on July 2, 2014, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

                              Respectfully Submitted,

                              /s/ Jill A. Luetkenhaus
                              Jill A. Luetkenhaus

Ross Brand  ARDC #6294886
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Jill A. Luetkenhaus ARDC# 6299380
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
14-071789

**The firm of Fisher and Shapiro, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| ROSE L JACKSON, | NO. 14-12410 |
| DEBTOR | JUDGE: DOYLE |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE DISMISSAL OF THE CASE

NOW COMES the Movant, PHH Mortgage Corporation, by and through its attorneys, Fisher and Shapiro, LLC, and states as follows:

1. On April 3, 2014, the above-named Debtor filed a Petition pursuant to 11 USC § 1301, et. seq. and a Plan which has not been confirmed.

2. A material term of said plan called for the Debtor to make post-petition monthly mortgage payments directly to the Movant commencing with the installment that came due on May 1, 2014.

3. Notwithstanding said material term, said post-petition mortgage payments are in default in the amount of $2,917.03 through July 31, 2014:

| | | |
|---|---|---:|
| 5/1/2014 - 6/1/2014 monthly payments at $578.47 each | = $ | 1,156.94 |
| 7/1/2014 - 7/1/2014 monthly payments at $734.09 each | = $ | 734.09 |
| Bankruptcy MFR court cost | = $ | 176.00 |
| Bankruptcy Attorneys' fees | = $ | 850.00 |
| TOTAL | = $ | 2,917.03 |

4.      By failing to make current mortgage payments, the Debtor has failed to provide the Movant with adequate protection for its security, contrary to the requirements of the Bankruptcy Code.

5.      That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

6.      Upon information and belief, an additional lien exists against the subject property in the amount of $342.00.

7.      This failure constitutes a material default entitling Movant to relief pursuant to 11 U.S.C. §362(d).

8.      For the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, PHH Mortgage Corporation, moves this Honorable Court to modify the automatic stay to allow PHH Mortgage Corporation to foreclose the mortgage on the property located at: 11410 South Elizabeth Street, Chicago, IL 60643 and that Federal Bankruptcy Rule 4001(a)(3) be waived or dismiss the case.

                Respectfully submitted,

                _/s/ Jill A. Luetkenhaus_____
                Attorney for PHH Mortgage Corporation

Ross Brand  ARDC #6294886
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Jill A. Luetkenhaus ARDC# 6299380
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
14-071789

**The firm of Fisher and Shapiro, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**