**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s) __Rose L Jackson__          Case No. __14-12410__          Chapter __13__

All Cases: Moving Creditor __PHH Mortgage Corporation__          Date Case Filed __April 3, 2014__

Nature of Relief Sought: ☒ Lift Stay     ☐ Annul Stay     ☒ Other (describe) Dismissal

Chapter 13: Date of Confirmation Hearing __July 8, 2014__          or Date Plan Confirmed _____

1. Collateral
    a. Home __11410 South Elizabeth Street, Chicago, IL 60643__
    b. Car Year, Make and Model _____
    c. Other (describe) _____

2. Balance owed as of Petition Date is in excess of $ __138,000.00__
   Total of all other liens against collateral $__342.00__ upon information and belief

3. In chapter 13 cases, attach a payment history listing the amount and dates of all payments received from the debtor(s) post-petition: No post-petition payments have been made.

4. Estimated Value of Collateral (must be supplied in ***all*** cases) $ __44,000.00__

5. Default
    a. Pre-Petition Default
       Number of months ____   Amount $_____

    b. Post-Petition Default
       i. On direct payments to the moving creditor
          Number of months __3__   Amount __$2,917.03__
       ii. On payments to the Standing Chapter 13 Trustee
          Number of months ____   Amount $_____

6. Other Allegations
    a. Lack of Adequate Protection § 362 (d) (1)
       i. No Insurance _____
       ii. Taxes Unpaid _____   Amount $_____
       iii. Rapidly depreciating asset _____
       iv. Other (describe) _____

    b. No Equity and not Necessary for an Effective Reorganization § 362 (d) (2) __x__

    c. Other "Cause" § 362 (d) (1) _____
       i. Bad Faith (describe) _____
       ii. Multiple filings _____
       iii. Other (describe) _____

    d. Debtor's Statement of Intention regarding the collateral
       i.   ☐ Reaffirm           ii.  ☐ Redeem
       iii. ☐ Surrender          iv.  ☒ No Statement of Intention Filed

Date: __July 2, 2014__                    /s/ Jill A. Luetkenhaus
                                          Counsel for Movant